# Exhibit 5

10/8/09

# CURRICULUM VITAE

## Mark H. Eaton, M.D., FACC

| | |
|---|---|
| PERSONAL DATA | MARRIAGE AND FAMILY |
| Date of Birth: Redacted, 1959 | Redacted ᴡife) |
| Place of Birth: Brooklyn, New York | ɪter) |
| | (son) |
| | (daughter) |

**EDUCATION – UNDERGRADUATE**

University of Notre Dame – South Bend, Indiana  1977-1979
New York University, New York, New York
    Bachelor of Arts, Summa Cum Laude  1979-1981

**EDUCATION – GRADUATE**

New York University, School of Medicine
    Doctor of Medicine  1981-1986

**PROFESSIONAL TRAINING**

Intern in Medicine  1986-1987
Junior and Senior Resident in Medicine
    Barnes Hospital/Washington University School of Medicine
    St. Louis, Missouri  1987-1989

Research Fellow in Cardiology
    Washington University School of Medicine
    St. Louis, Missouri  1989-1990

Clinical Fellow in Cardiology
    Barnes Hospital/Washington University School of Medicine
    St. Louis, Missouri  1990-1992

Mugan000706

HOSPITAL/CLINICAL APPOINTMENTS

| | |
|---|---|
| Director, Cardiac Care Unit | |
| David Grant Medical Center | 1992-1994 |
| Director, Cardiac Catheterization Laboratory | |
| David Grant Medical Center | 1994-1996 |

ACADEMIC HONORS AND SOCIETIES

| | |
|---|---|
| Phi Beta Kappa | |
| New York University | 1981 |
| Alpha Omega Alpha, Delta Chapter of New York | |
| New York University, School of Medicine | 1985 |

MEDICAL CERTIFICATION

| | |
|---|---|
| Testamur, ASE Exam | 1998 |
| Diplomate in Subspecialty of Nuclear Cardiology | 1999 |
| Diplomate in Internal Medicine | 1989 |
| Diplomate in Cardiovascular Disease | 1991 |
| Fellow of the American College of Cardiology | 1995 |
| Diplomate in Adult Comprehensive Echocardiography | 1998 |

MILITARY EXPERIENCE

| | |
|---|---|
| United States Air Force | |
| Active Duty | 1992-1996 |

PRIVATE PRACTICE

| | |
|---|---|
| Sacramento Heart & Vascular Medical Associates | 1993-present |

MEDICAL LICENSURE

| | |
|---|---|
| State of Missouri (MDR9H37) | 1988-present |
| State of California (G073724) | 1992-present |

PUBLICATIONS

Lingreen R, **Eaton MH,** Lappas DG, Barzilai B: Diagnosis by transesophageal echocardiography of atrioventricular groove dissection after mitral valve replacement. J Cardiothorac Vasc Anesth 5:61-62, 1991.

Waggoner AD, Perez JE, Barzilai B, **Eaton, MH,** Rosenbloom M, Cox JL: Left ventricular outflow obstruction resulting from insertion of mitral prosthesis leaving the native leaflets intact. Am Heart J 122:483-488, 1991.

**Eaton MH,** Lappas D, Waggoner AD, Perez JE, Barzilai B: Ultrasonic myocardial tissue characterization in the operating room: Initial results employing transesophageal echocardiography. J Am Soc Echocardiogr 4:541-546, 1991.

Barzilai B, Davila-Roman VG, **Eaton MH,** Rosenbloom M, Spray T, Wareing TH, Cox JL, Kouchoukos NT: Transesophageal echocardiography predicts successful withdrawal of ventricular assist devices. J Thorac Cardiovasc Surg 104:1410-1416, 1992.

Arvin Arthur, Raye L. Bellinger, David K. Roberts, **Mark H. Eaton,** Larry E. Berte, Philip M. Bach: An Easier Method of Ascertaining Whether the Balloon Catheter is Ruptured. Catheterization and Cardiovascular Diagnosis 39:214, 1996.

ABSTRACTS/PRESENTATIONS:
Davila-Roman VG, Barzilai B, **Eaton MH,** Wareing TA, Kouchoukos NT: Early postoperative complications detected by transesophageal echocardiography in cardiothoracic surgery patients. J Am Coll Cardiol 15 (Suppl A):131A, 1990.

Barzilai B, Pulley D, **Eaton MH,** Genton, R, Lappas DG: Comparison of transesophageal echocardiographic and metabolic indicators of myocardial ischemia. J Am Soc Echocardiogr 3:214, 1990.

**Eaton MH,** Lappas D, Perez JE, Waggoner AD, Barzilai B: Myocardial tissue characterization in the operating room: Initial results using 5 MHz transesophageal echocardiography, J Am Soc Echocardiogr 3:210, 1990.

Davila-Roman VG, Barzilai B, **Eaton MH,** Wareing TH, Kouchoukos NT: Assessment of ventricular function and prediction of ventricular assist device removal by transesophageal echocardiography, J Am Coll Cardiol 17 (Suppl A):35A, 1991.

Waggoner AD, Perez JE, Barzilai B. **Eaton MH,** Spray TI, Cox JE: Left ventricular outflow obstruction is common following mitral valve replacement when the native mitral leaflets are left in place, J Am Soc Echocardiogr 3:220, 1990.

Barzilai B, Davila-Roman V, **Eaton MH,** Waggoner AD, Thomas L: Right ventricular dysfunction frequently occurs in patients with low cardiac output status post cardiac surgery: Assessment by transesophageal echocardiography. J Am Soc Echocardiogr 4:297, 1991.

Davila-Roman VG, **Eaton MH,** Barzilai G: The complementary role of transthoracic and transesophageal echocardiography in the diagnosis of prosthetic valve dysfunction. Chest 100:101, S1, 1991.

REVIEWS
**Eaton MH,** Waggoner AD, Barzilai B: TEE detection of thrombi in the left atrial appendage. Cardio, February 1990.

**Eaton MH,** Barzilai B, Waggoner AD: Transthoracic transesophageal echo in prosthetic mitral valve regurgitation. Cardio, April 1990.

Waggoner AD, **Eaton MH,** Barzilai B: Diagnosis of atrial septal defect with 2D-Doppler echo. Cardio, November 1990.

CLINICAL INVESTIGATION
A Multicenter, Multinational Study to Evaluate the Clinical Utility and Safety of the GenESA© System to Diagnose Coronary Artery Disease in Patients with known or Suspected Coronary Artery Disease.
Protocol #0141 *Sub-Investigator*

A Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of Different Oral Dose Levels of Dofetilide in the Prevention of Recurrence of Atrial Fibrillation/Flutter in Patients with Chronic Persistent Atrial Fibrillation/Flutter Converted Electrically or Pharmacologically to Sinus Rhythm.
*Principal Investigator*

A Randomized, Double-Blind, Parallel, Placebo-Controlled Evaluation of Orally Administered Dofetilide in Patient with Symptomatic Paroxysmal Atrial Fibrillation/Flutter (pAF, pAFL) or Paroxysmal Supraventricular Tachycardia (pSVT). *Sub-Investigator*

---

Mark H. Eaton, M.D., FACC                                                                                           Date

*updated 08/18/05*
Mugan000708