# Exhibit 6

Curriculum Vitae

Peter Mosbach, Ph.D.

Office:
468 Great Road
Acton, MA 01720

EDUCATION

Ph.D. Clinical Psychology
University of Wisconsin-Madison
Degree Awarded: May 1987

M.S. Clinical Psychology
University of Wisconsin-Madison
Degree Awarded: May 1982

B.A. Psychology
University of Rochester, Rochester, NY.
Degree Awarded: June 1973

Licensure: Massachusetts

Academic Affiliation: Assistant Clinical Professor, Department of Neurology, Boston University School of Medicine

Professional Experience

Utilization Review and Disability Determination Experience

December 2004-Present: Psychologist Advisor: Disability Evaluation Services, University of Massachusetts Medical School, Auburn, Massachusetts. Evaluation of medical records and determination of psychiatric disability for individuals applying for Medicaid.

Peter Mosbach, Ph.D.

April 2005-Present: Consulting psychologist, Alicare Medical Management: Salem, New Hampshire. Utilization review of requests for psychological and neuropsychological tests.

June 2004-Present: Consulting Psychologist, Professional Disability Services, Inc; Northfield, Illinois. Reviewed medical records of individuals applying for long-term disability.

October 2004-Present: Consulting Psychologist: Reliabe Review Services, Boca Raton, Florida. Reviewed medical records of individuals applying for short-term and long-term disability.

July 2004-Present: Consulting Psychologist: MES Solutions, Norwood, Massachusetts. Utilization review of worker's compensation and disability cases.

November, 1994-Present: Consulting Psychologist Peer Review Analysis, Inc. (MCMC,LLC) Boston, Massachusetts. Utilization review involving medical necessity for mental health services for worker's compensation, managed care insurer's and auto accident cases. Also performed long and short-term disability determinations.

January 1998-Present: Consulting Psychologist: Disability Evaluation Services, Auburn, Massachusetts (state Agency). Evaluation of individuals applying for Medicaid involving clinical interviews and administration of psychological and neuropsychological tests.

January 1998-Present: Consulting Psychologist: Disability Determination Services, Boston, Massachusetts (State Agency) . Evaluation of individuals applying for Social Security Disability involving clinical interviews and administration of psychological and neuropsychological tests.

Clinical Experience

December, 1997-Present: Psychologist, Acton Psychiatric Associates, Acton, MA. Private practice with adults involving psychotherapy, neuropsychological and psychological testing.

January 1998- Present: Staff Psychologist, Pain and Wellness Center, Peabody, Massachusetts. Evaluation and treatment of individuals with chronic pain. Evaluation of individuals for psychological contraindications who are being considering for specialized procedures such as implantable morphine pumps and spinal cord stimulators.

July 2005-Present: Consulting Psychologist: Boston Medical Center Sickle Cell Center. Administering Neuropsychological Tests to subjects involved in a multi-center study on

2

Peter Mosbach, Ph.D.

the effects of blood transfusions on cognitive functioning in sickle cell patients.

June, 1988-August 2005: Staff Psychologist, Boston University Neurology Associates, Department of Neurology, Boston University Medical Center, Boston, MA.

Clinical Activities: Evaluation and treatment of individuals with a combination of medical and psychological disorders. Specializing in assisting individuals and families in coping with chronic neurological disorders such as Parkinson's disease, Multiple Sclerosis, and Huntington's disease. Also involved in the evaluation and treatment of patients with chronic and acute pain disorders and other neurological problems such as seizure disorders and head injuries. Also administered psychological testing.

December, 1995-September 2003: Staff Psychologist, Headache and Facial Pain Center, Faulkner Hospital, Boston, MA. (Facility ceased operation September 2003).

July, 1996-December 1999: Consulting psychologist, Huntington's Disease Porcine Transplant Study. Psychological evaluation of Huntington's disease porcine transplant subjects pre-and post surgery.

January, 1995-July, 2000: Mentor Head Injury Rehabilitation Program, Woburn, MA. Consulting Psychologist.

December, 1994-December, 1997: National Acute Brain Injury Study: Hypothermia. Neuropsychological evaluation of patients with severe head injury receiving hypothermia treatment. Part of a national multi-center research grant.

July, 1994-December, 1997: North Suffolk Mental Health Association, Boston, MA. Consulting Psychologist.

September, 1988-December 1989: Consulting Psychologist Boston Police Department, Medical Affairs Division.

Responsibilities involved evaluating police officers with a history of stress disorders to determine fitness for duty.

January, 1985- September, 1986  Community Re-Entry Services, Lynn, MA. Psychology Associate. Involved in assessment and social and vocational rehabilitation of head injured adults in a residential setting. Responsibilities included: individual, group and family treatment as well as program development and evaluation.

September, 1983-August, 1984. Boston VA. Medical Center. APA approved clinical internship. Rotations included health psychology and inpatient psychiatry.

September, 1980-August 1983. Anxiety Disorders Clinic, Department of Psychiatry, University of Wisconsin Hospitals. Involved in the evaluation and treatment of adults

3

Peter Mosbach, Ph.D.

with phobic and obsessive-compulsive disorders.

Publications

Feldman, R., Mosbach, P., Thomas, C, & Perry, L. **Psychosocial Factors in the Treatment of Parkinson's Disease: A Contextual Approach.** In A. Cohen and W. Weiner (Eds.), Comprehensive Management of Parkinson's Disease. New York: Demos Press, 1995

Feldman, R., Mosbach, P. Thomas, C., Kelly, M. & St. Hilaire, M. **Double-blind comparison of Sinemet and Sinemet CR in patients with mild to moderate Parkinson's disease** . Neurology (Supplement 2), 96-101, Vol. 39, 1989.

Feldman, R., Mosbach, P., Thomas. C. & St. Hilaire, M. **Etiology of Parkinson's disease**. American Parkinson's Disease Association Newsletter, October, 1989.
Mosbach, P. & Leventhal, H. **Peer group identification and smoking: Implications for intervention.** Journal of Abnormal Psychology, 238-245, Vol. 97, 1988.

Leventhal, H & Mosbach, P. **The Perceptual-motor theory of emotions.** In J. Cacciopo, and R. Petty (Eds.) Social Psychophysiology, New York, Guilford Press, 1983.

Abstracts

Mosbach, P.A., Auerbach, S.H. & St. Hilaire, M. **Phototherapy as a treatment for sleep disorder in Parkinson's disease: A case study.** American Academy of Neurology Annual Meeting, New York, NY., April 1993.

Auerbach, S.H., Mosbach, P.A. & Licata-Gehr, E. **Sundowning and advanced sleep phase in Alzheimer's disease.** Northeastern Sleep Society Annual Meeting, Warwick, RI., April 1993.

Sax, D.S. Kornetsky, C., Mosbach, P. A. & Kim, A. **Naltrexone in the treatment of dyskinesias associated with Huntington's disease.** American College of Neuropharmacology Annual Meeting, San Juan, PR., December, 1992.

Sax, D.S., Kornetsky, C., Mosbach, P.A., Myers, R.H. & Feldman, R.G. **Safety and efficacy of Naltrexone in the treatment of Huntington's disease and severe oral-lingual dyskinesias.** American Neurological Association Annual Meeting, Toronto, October, 1992

Auerbach, S.H. and Mosbach, P.A. **Pseudoseizures: The value of early identification of childhood sexual abuse.** American Academy of Neurology Annual Meeting, San Diego, CA., May, 1992.

Peter Mosbach, Ph.D.

Sax, D.S., Kornetsky, K, Mosbach, P.A., Myers, R.S., Feldman, R.G. **Naltrexone in the treatment of chorea in Huntington's disease.** American Neurological Association Annual Meeting, Seattle, WA., October, 1991.

Wolf, P.A., Feldman, R.G., St. Hilaire, M., Kelly-Hayes, M., Torres, F.J., Mosbach, P.M., Kase, C.S., & D'Agostino, R.B. **Precursors and natural history of Parkinson's disease: The Framingham Study.** American Academy of Neurology Annual Conference, Boston, MA, April, 1991.

Mosbach, P. St., St. Hilaire, M. & Feldman, R.G. **Correlates of visual hallucinations in idiopathic Parkinson's disease patients.** American Academy of Neurology Annual Conference, Miami Beach, FL., May, 1990.

St. Hilaire, M. & Mosbach, P. **Hallucinations in Parkinson's Disease.** International Conference of French Language Neurology, Montreal, Canada, July, 1989.

St. Hilaire, M., Mosbach, P., Usher, G. & Feldman, R. **Parkbase: A relational database for Parkinson's disease patients.** International Congress on Parkinson's disease. Tel Aviv, Israel, May, 1988.

Glosser, D., Mosbach, P., Thomas, C., Kelly, M. & Feldman, R. **Correlates of depression in Parkinson's disease patients.** American Academy of Neurology Annual Conference, Cincinnati, OH., April, 1988.

Mosbach, P. & Leventhal, H. **A peer groups approach to adolescent substance use.** American Psychological Association Annual Convention, New York, August 1987.

Mosbach, P. **A six-stage intervention model for the rehabilitation of head injured adults.** Southwest Regional Head Injury Conference, Cancun, Mexico, January, 1987.

Mosbach, P. **An intervention model for the vocational rehabilitation of head injured adults.** Southwest Regional Head Injury Conference, Snowmass, CO., January, 1986.

Hirschman, R., Glynn, K., & Mosbach, P. **Predictors of cigarette smoking behavior in elementary and junior high school students.** American Public Health Association Annual Convention, Dallas, TX., November, 1983.

Presentations

**Psychological Assessment in a Pain Management Setting.** Presented at conference on psychological assessment sponsored by the Massachusetts Psychological Association, June 2008.

5

Peter Mosbach, Ph.D.

**Coping with dystonia and related disorders.** Presented at the South Shore Dystonia Support Group, Brockton, MA., February, 1995.

**Effective methods for coping with Parkinson's disease.** Presented at the Parkinson's Disease Support Group of the South Shore, South Shore Hospital, South Weymouth, MA., November 1994.

**How to effectively cope with Parkinson's disease.** Presented at the Winchester Parkinson's Disease Support Group, Winchester, MA., May, 1993.

**Coping with Parkinson's disease.** Presented at the Andover Parkinson's Disease Support Group, Andover, MA., May, 1993.

**Behavioral Management of Huntington's Disease.** Presented to the staff of the Pine Street Inn, Boston, MA., December 1992.

**Coping with behavioral symptoms of Parkinson's disease.** Presented at the Parkinson's Disease Support Group of the South Shore, South Shore Hospital, S. Weymouth, MA. October, 1992.

**Coping with Parkinson's disease.** Presented at the North Shore Parkinson's Disease Support Group, Lynnfield, MA., October 1992.

**Dealing with Dystonia and related disorders.** Presented at the South Shore Dystonia Support Group, Cardinal Cushing Hospital, Brockton, MA., September, 1992.

**How to Cope with Parkinson's disease.** Presented to the Parkinson's Support Group of Winchester, MA., November, 7, 1991.

**Coping with Parkinson's disease.** Presented to the Parkinson's Disease Support Group of Augusta, Maine, May 19, 1991.

**University Hospital's Alzheimer's Disease Assessment Team.** Presented at a Conference Sponsored by the Alzheimer's Association of Eastern Massachusetts, November, 1990.

**Coping with Parkinson's disease** (facilitated panel discussion).
Boston University Medical School Department of Neurology, Symposium on Parkinson's disease, May, 1990.

**How to cope with Parkinson's disease.** Presented to Parkinson's disease Support Group of Cape Cod, February, 1990.

Peter Mosbach, Ph.D.

**Strategies for coping with Parkinson's disease.**  Presented to Newton-Wellesley Hospital Parkinson's Disease Support Group, February, 1989.

**Hallucinations in Parkinson's disease.**  Department of Neurology Grand Rounds, Boston VA Medical Center, February, 1989.

**Coping with Parkinson's disease.**  Boston University Parkinson's Disease Information and Referral Center Symposium, April, 1988.

**A multi-stage model for the community re-integration of the head injured adult.**  Braintree Hospital Traumatic Head Injury Conference, Braintree, MA., October, 1986.

**An intervention model for the vocational rehabilitation of head injured adults.**  Northeast Rehabilitation Association Annual Convention, Cromwell, CT., May, 1986.

Professional Affiliations

American Psychological Association.
Massachusetts Psychological Association.

Mugan000715