UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11

James E. Mugan
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

09 Civ. 6711 (NRB) ( )

- against -

Hartford Life Group Insurance Company

NOTICE OF APPEAL
IN A CIVIL CASE

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that  James E. Mugan
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

Granting Hartford's motion for summary judgement,
*(describe the judgment)*
and entry against plaintiff for a money judgement

entered in this action on the  8  day of  March , 20 11 .
*(date)*           *(month)*           *(year)*

_____
Signature

24 Cumberland Street
Address

Islip, NY. 11751
City, State & Zip Code

DATED: April 5 , 2011

( 631 ) 277-2827
Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2010*

PRO SE OFFICE