# MANDATE

S.D.N.Y.-N.Y.C.
09-cv-6711
Buchwald, J.

## United States Court of Appeals
FOR THE
### SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of January, two thousand twelve,

Present:

Rosemary S. Pooler,
Barrington D. Parker,
Susan L. Carney,
*Circuit Judges.*

USDC SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** March 14, 2012

———————————

James Mugan,

*Plaintiff-Appellant,*

v.                                                                        11-1514-cv

Hartford Life Insurance Company,

*Defendant-Appellee.*

———————————

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellant is not indigent. *See* 28 U.S.C. § 1915(a)(1); Annual Update of the Department of Health and Human Services Poverty Guidelines, 76 Fed. Reg. 3637-38 (Jan. 20, 2011). Appellant is hereby directed to pay the filing fee within twenty-one days of the date of entry of this order. If Appellant does not timely pay the filing fee, the Clerk's Office is directed to dismiss the case.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-JB

MANDATE ISSUED ON 03/14/2012